HARRY F. DAMMERS, Plaintiff-Respondent, v. SOLOMON HOBERMAN, as Chairman of the City Civil Service Commission and Director of Personnel of the City of New York, et al., Respondents, and MATTEO P. POLLICHINO et al., Intervenors-Defendants-Appellants.—

No opinion. Concur — Eager, J. P., Capozzoli, Steuer and Tilzer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CRYSTLE COLBERT, Appellant.—

Concur — Stevens, P. J., Eager, McGivern, Nunez and McNally, JJ.

In the Matter of JOHN LOMBARDOZZI, by ARTHUR ADDESS, an Attorney, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, et al., Respondents.—

No opinion. Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Tilzer, JJ.

In the Matter of MELVIN DANIEL, Petitioner, v. JOSEPH A. MARTINIS, as Supreme Court Justice, New York County, Respondent.—

No opinion. Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Tilzer, JJ.